UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 14-22375-CIV-MORENO

CHARLES CLARK,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING MOTION TO VACATE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on the Motion to Vacate (**D.E. No. 1**), filed on **June 26, 2014**. The Magistrate Judge filed a Report and Recommendation (**D.E. No. 5**) on **July 9, 2014**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues presented in the Magistrate Judge's Report and Recommendation, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation (**D.E. No. 5**) on **July 9, 2014** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

    **ADJUDGED** that:

    (1)    The Motion to Vacate is DENIED for failure of the movant to obtain the authorization required by 28 U.S.C. § 2244(b)(3) to file a successive § 2255 motion.

    (2)    A Certificate of Appealability does not issue as the Movant has failed to make a

substantial showing of the denial of a constitutional right.  *See* 28 U.S.C. § 2253(c)(2).

(3)   All other pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this /0 day of July, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White

Counsel of Record

Charles Clark, *pro se*
45909-004
Coleman Medium
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 1032
Coleman, FL 33521